## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re )
    **Lance William St Pierre** )
    **Janice Denise St Pierre** )
     )
     )   Case No.
     )
     )
    Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

| DATED: | January 10, 2014 | /s/ Lance William St Pierre |
|---|---|---|
| | | Debtor's Signature |
| DATED: | January 10, 2014 | /s/ Janice Denise St Pierre |
| | | Joint Debtor's (if any) Signature |

Submit this form and your Master Address List to one of the following addresses:

| Sacramento Division | Fresno Division | Modesto Division |
|---|---|---|
| 501 I Street, Suite 3-200 | 2500 Tulare Street, Suite 2501 | 1200 I Street, Suite 4 |
| Sacramento, CA 95814 | Fresno, CA 93721 | Modesto, CA 95354 |

Lance William St Pierre and Janice Denise St Pierre

Ally
Attn: Bankruptcy
Po Box 13024
Roseville, MN 55113

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Ally Financial
Attn: Bankruptcy
Po Box 130424
Roseville, MN 55113

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Chase
P.o. Box 15298
Wilmington, DE 19850

Chase Mht Bk
Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Citibank Sd, Na
Citi Corp Credit Services/Attn:Centraliz
7920 Nw 110th St
Kansas City, MO 64195

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Citibank Stu
Attn: Bankruptcy
Po Box 6191
Sioux Falls, SD 57117

```
Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195

Comenity Bank/Ann Taylor
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218

Comenity Bank/Bealls Florida
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Ditech.com/GMAC Mortgage
Attn: Bankruptcy
1100 Virginia Dr
Fort Washington, PA 19034

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Fia Csna
4060 Ogletown/Stanton Rd
Newark, DE 19713

GECRB/ Dillards
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gecrb/Amazon
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gecrb/care Credit
C/o P.o. Box 965036
Orlando, FL 32896

Gecrb/gecaf
C/o Po Box 965036
Orlando, FL 32896

Gecrb/home Design Furn
C/o Po Box 965036
Orlando, FL 32896
```

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

GECRB/Select Comfort
Attn: Bankruptcy Dept
Po Box 103104
Roswell, GA 30076

Hsbc/bstby
1405 Foulk Road
Wilmington, DE 19808

Hsbc/gotts
Attention: HSBC Retail Services
Po Box 5264
Carol Stream, IL 60197

Hsbc/music
Attention: HSBC Retail Services
Po Box 5263
Carol Stream, IL 60197

Kern Sch Fcu
4530 Ming Avenue
Bakersfield, CA 93389

Kern Schools FCU
Po Box 9506
Bakersfield, CA 93389

Kern Schools Fcu
4530 Ming Avenue
Bakersfield, CA 93389

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Nationwide Bank
1 Nationwide Plz
Columbus, OH 43215

Ocwen Loan Servicing
3451 Hammond Ave
Waterloo, IA 50702

Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773

```
Springleaf Financial Services
Attention: Bankruptcy Department
Po Box 3251
Evansville, IN 47731

Stu Ln Trust
701 East 60th Stre
Sioux Falls, SD 57104

Target Credit Card  (TC)
C/O Financial & Retail Services
Mailstop BT    P.O. Box 9475
Minneapolis, MN 55440

Unvl/citi
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195

Us Bank/na Nd
Cb Disputes
Saint Louis, MO 63166

Us Dept Of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116
```