JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ST. PIERRE, LANCE AND JANICE<br><br>Debtor(s). | Case No: 14-11478-A-7<br><br>Chapter 7<br><br>DC No. JMV-3<br><br>**NOTICE OF APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION**<br><br>Date:    July 23, 2014<br>Time:   1:00 p.m.<br>Place:   U.S. Bankruptcy Court<br>            510 19th Street<br>            Bakersfield, CA<br>Judge:  Fredrick E. Clement |

TO DEBTORS AND THEIR ATTORNEY OF RECORD, AUCTIONEER, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:

**NOTICE IS HEREBY GIVEN** that a hearing on *Motion of Trustee for Order Authorizing Sale of Personal Property at Public Auction* ("Motion") filed by Jeffrey M. Vetter, Chapter 7 Trustee ("Trustee") will be heard by the Honorable Fredrick E. Clement, at the date, time and place provided above. The Trustee requests authority to sell a:

a) 1998 Freightliner (VIN # 1FV6HFAAXWH971373). According the debtor's schedules the vehicle is unencumbered

//

    b) Equipment used in the operation of the debtor's former business including;

Groen Broilers(2), Southbend over/under oven, Trembor Gauge Upright, Ratiotrol/Boston Gear Food Conveyor, Carrera 500M Packaging Conveyor, Butcher Boy Slicer, stainless steel tub, AmeriPak Tray Sealer/Conveyor, hand truck, Toyota propane forklift, stainless steel refrigerator, Whirlpool refrigerator, Hobart mixer, stainless steel tables(12), stainless steel racks(6), FormPlastic Kiss/Seal packing machine, Saima Packaging machine, ItalPast pasta machine(2), pasta slicers(2), filing cabinets(12), offices desks/chairs(3) and a seatrain(metal storage container) and miscellaneous cleaning supplies.

("Personal Property") at a public auction July 26, 2014 at 10:00 a.m., 6100 Price Way, Bakersfield, CA 93308 under 11 U.S.C. 363 (b) (1). The Trustee believes that selling the Personal Property at public auction will yield the best price obtainable for the Personal Property Under the circumstances of the Chapter 7 case filed by Debtor.

    The Motion also proposes that Jerry Gould of Gould Auction & Appraisal Company, ("Auctioneer") be paid as follows:

    a.    **Commission**: Jerry Gould of Gould Auction and Appraisals is to receive a 15% commission on the gross proceeds of the sale of the Personal Property;

    b.    **Pick up and Storage**: Jerry Gould of Gould Auction and Appraisals is to receive $500.00 as an expense reimbursement for pick up and storage of the Personal Property; and

    c.    **Extraordinary Expenses**: Jerry Gould of Gould Auction and Appraisals will be reimbursed for any extraordinary expenses, such as repair work

deemed by the Trustee to be necessary and beneficial to the estate, in an amount not to exceed $250.00. Auctioneer will be reimbursed for any extraordinary expenses in excess of $250.00, only after approval of the Court.

Auctioneer's responsibilities regarding the auction include:

a. **DMV Fee:** Buyer will be responsible for transfer fee to cover Department of Motor Vehicles transfer of title expenses, and Auctioneer administers the transfer;

b. **Sales Tax:** Auctioneer will be responsible for collecting and paying all sales tax in relation to the sale of the Personal Property; and

c. **Ordinary Expenses:** Auctioneer will bear the cost of all ordinary expenses incidental to an auction sale, including, but not limited to, security, advertising, and other costs of sale.

No party in interest shall be required to file written opposition to the Application. Opposition, if any, to the granting of the Application may be presented at the hearing on the Application pursuant to Local Rule 9014-1(f)(2)(C). A party in interest may schedule a telephonic appearance by calling Court Conference at (866) 582-6878 no later than 4 p.m. the day prior to the court hearing date. The Court may continue the hearing on the Application if opposition to the Application is presented at the hearing, or if there is other good cause, to permit the filing of evidence and briefs. A responding party who has no opposition to the granting of the Application may serve and file a statement to that effect designating the Application in question.

Requests for particulars concerning the Application should be directed to the undersigned.

Dated: July 1, 2014

/s/ [signature]
Jeffrey M. Vetter
Chapter 7 Trustee

Lance and Janice St. Pierre

1000 Sioux Creek

Bakersfield, CA 93312


Vincent A. Gorski

1430 Truxtun Avenue, Fifth Floor

Bakersfield, CA 93301


Office of US Trustee

2500 Tulare Street, Suite 1401

Fresno, CA 93721


Jerry Gould

30602 Imperial Street

Shafter, CA 93262


American Express, FSB

c/o Becket and Lee LLP

POB 3001

Malvern, PA  19355 0701

//

//

//

//

| | |
|---|---|
| 1 | Lisa Holder |
| 2 | Klein Denatale Goldner |
| 3 | 4550 California Avenue, Second Floor |
| 4 | Bakersfield, Ca 93309 |
| 5 | |
| 6 | Jeffrey M. Vetter |
| 7 | P.O. Box 2424 |
| 8 | Bakersfield, CA 93302 |
| 9 | // |
| 10 | // |
| 11 | // |
| 12 | // |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | |