# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Lance William St Pierre and Janice Denise St Pierre | **Case No :** | 14–11478 – A – 7 |
| | | **Date :** | 7/23/14 |
| | | **Time :** | 01:00 |
| **Matter :** | [60] – Motion/Application to Sell [JMV–3] Filed by Trustee Jeffrey M. Vetter (dpas) [60] – Motion/Application for Compensation [JMV–3] for Gould Auction and Appraisal Company, Auctioneer(s). Filed by Trustee Jeffrey M. Vetter (dpas) | | |
| **Judge :** | Fredrick E. Clement | | |
| **Courtroom Deputy :** | Rosalia Estrada | | |
| **Reporter :** | Wood and Randall | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
   Trustee – Jeffrey M. Vetter
**Respondent(s) :**
   Debtor(s) Attorney – Vincent A. Gorski

Motion: Sell Property and Compensate Auctioneer
Notice: LBR 9014–1(f)(2); no written opposition required
Disposition: Granted in part, denied in part
Order: Prepared by moving party

Property: 1998 Freightliner and equipment used in the operation of debtor's former business as described in the notice of hearing
Sale Type: Public auction

Unopposed motions are subject to the rules of default. Fed. R. Civ. P. 55, incorporated by Fed. R. Bankr. P. 7055, 9014(c). The default of the responding party is entered. The court considers the record, accepting well–pleaded facts as true. TeleVideo Sys., Inc. v. Heidenthal, 826 F.2d 915, 917 18 (9th Cir. 1987).

SALE BY PUBLIC AUCTION

Section 363(b)(1) of Title 11 authorizes sales of property of the estate "other than in the ordinary course of business." 11 U.S.C. §§ 363(b)(1); see also In re Lionel Corp., 722 F.2d 1063, 1071 (2d Cir. 1983) (requiring business justification). The moving party is the Chapter 7 trustee and liquidation of property of the estate is a proper purpose. See 11 U.S.C. § 704(a)(1). As a result, the court will grant the motion. The stay of the order provided by Federal Rule of Bankruptcy Procedure 6004(h) will be waived.

COMPENSATION

Section 330(a) of Title 11 authorizes "reasonable compensation for actual, necessary services" rendered by a professional person employed under § 327 and "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a). Reasonable compensation is determined by considering all relevant factors. See id. §

330(a)(3).

The court finds that the compensation sought is reasonable and will approve the application in part as to Gould Auction & Appraisal Company. Further, the order employing the auctioneer also referred only to compensation paid to Gould Auction & Appraisal Company. Because Jerry Gould was not named in the order employing the auctioneer, the court will not approve compensation as to Jerry Gould, but will approve the compensation as to Gould Auction & Appraisal Company.