JERRY GOULD
Gould Auction and Appraisal Company
30602 Imperial Street
Shafter, CA 93263
(661) 746-0966

FILED
AUG -7 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of | Case No. 14-11478-A-7 |
| St. Pierre, Lance and Janice | Chapter 7 |
| | DC No. JMV-2 |
| | RETURN ON SALE |
| Debtor(s). | |

JERRY GOULD, auctioneer, respectfully represents to this Court that under and pursuant to the order of this Court heretofore made and entered, certain assets of the estate have been sold.

Notice of Sale was properly given. The property was sold to the highest and best bidder for said property, and the price was the best and highest bid received therefor. Attached hereto and incorporated by reference herein is a copy of the Settlement Statement.

WHEREFORE, auctioneer respectfully requests that he be authorized and directed to deliver said property to said purchaser upon receipt of the purchase price thereof.

DATED: August 5th, 2014

JERRY GOULD

srtn-gould

## PROOF OF SERVICE

I, the undersigned, whose address appears below certify that I am and at all times hereinafter mentioned was more than 18 years of age.

That on August 5th, 2014, I served a true copy of RETURN ON SALE by U.S. Mail, First Class Postage Prepaid, on the following persons:

| | |
|---|---|
| U.S. TRUSTEE<br>2500 Tulare St. Suite #1401<br>Fresno, CA 93721 | Jeffrey M. Vetter<br>Chapter 7 Trustee<br>P.O. Box 2424<br>Bakersfield, Ca. 93303 |
| U.S. BANKRUPTCY COURT<br>2500 Tulare St. Suite #2501<br>Fresno, CA 93721 | |

Said document was deposited with postage thereon fully prepaid with the U.S. Postal Service the same day in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: August 5th, 2014

*Linda R. Sanderson*
Linda R. Sanderson

| | | CONSIGNOR: | | | | |
|---|---|---|---|---|---|---|
| | | Lance St. Pierre | | | | |
| | | Janice St. Pierre | | | | |
| | | Case#14-11478-A-7 | | | | |
| | | Jeff Vetter | | | | |
| LOT | CON | DESCRIPTION | BUYER | W/ | PRICE : | |
| 301 | 13 | Carrera 500M Packaging Conveyor | 7 | | 100.00 | Allan Woods |
| | | | | | | 3525 Kennedy Ave |
| | | | | | | Bakersfield, Ca. 93309 |
| 453 | 13 | 2 SS Tables | 101 | | 60.00 | Larry Basher |
| 461 | 13 | Groen Broiler | 101 | | 100.00 | P.O. Box 82336 |
| | | | | | | Bakersfield, Ca. 93380 |
| 270 | 13 | 4-Card Board Barrels | 121 | | 5.00 | Darren Brown |
| 280 | 13 | Dollies, Trays, Bucket & Misc | 121 | | 70.00 | P.O. Box 82061 |
| 295 | 13 | Whirlpool Refrigerator | 121 | | 50.00 | Bakersfield, Ca. 93380 |
| 462 | 13 | Groen Broiler | 121 | | 75.00 | |
| 284 | 13 | 2-Stainless Steel Tables | 125 | | 100.00 | Debra Moler |
| 285 | 13 | 2-Stainless Steel Tables | 125 | | 100.00 | 5505 Ripple Cove Wy |
| 302 | 13 | Red Dolly, Stainless Steel, Dollies, Misc Dyes | 125 | | 125.00 | Bakersfield, Ca,93313 |
| 325 | 13 | Pallet Rack Shelving | 129 | | 325.00 | David Janes |
| 352 | 13 | Toyota Forklift | 129 | | 2300.00 | 2450 Mohawk St |
| 272 | 13 | 2 Wood File Cabinet & Mat | 177 | w/273 | | 2Nd Chancwe Funtiques |
| 273 | 13 | Pans, Books, Office Supplies, Misc | 177 | | 50.00 | 731 21st Street |
| 275 | 13 | Hobart Mixer | 177 | | 700.00 | Bakersfield, Ca. 93301 |
| 291 | 13 | Pasta Slicer | 181 | | 50.00 | |
| 454 | 13 | 1 SS Cabinet, 1 Rack | 181 | | 25.00 | |
| 465 | 13 | Jackson Wizard, Sink, Collender | 181 | | 50.00 | |
| 301A | 13 | Refrigerated Storage Van In Shafter | 190 | | 2600.00 | Bob Lackey |
| | | | | | | 17854 Byford Ave |
| | | | | | | Bakersfield, Ca. 93314 |
| 283 | 13 | 2-Stainless Steel Tables | 250 | | 75.00 | Pavletich Electric |
| | | | | | | 6308 Seven Seas Ave |
| | | | | | | Bakersfield, Ca. 93308 |
| 297 | 13 | Stainless Steel Tub w/Plastic Rolls & Misc | 253 | | 250.00 | J Garica Trucking |
| | | | | | | P.O. Box 1292 |
| | | | | | | Shafter, Ca. 93263 |
| 356 | 13 | 1998 Freightliner FL70 Box Truck | 256 | | 7000.00 | Porfirio Rayon Pravia |
| | | vin#1fv6hfaaxwh971373 | | | | 4426 76th Street |
| | | lic#5U13667 | | | | Sacramento, Ca. 95820 |
| | | mile#329,182 | | | | |
| 299 | 13 | 2 Lots Desks & File Cabinet | 272 | w/300 | | Robert Martin |
| 300 | 13 | Rolling Dolly, Pallet File Cabinets | 272 | | 50.00 | 5304 Boldventure St |
| | | | | | | Bakersfield, Ca. 93312 |
| 441 | 13 | 2 Dollies, Plastic Rolls | 275 | w/444 | | Noemi Madera |
| 442 | 13 | SS Trays, Office Supplies, Plastic Roll, Misc Tools | 275 | w/444 | | 1206 Princeton Ave |
| 443 | 13 | Rolling Table, Plastic Rolls, Misc | 275 | w/444 | | Bakersfield, Ca. 93305 |

| # | | Description | | | Amount | Buyer |
|---|---|---|---|---|---|---|
| 444 | 13 | File Cabinet, Office Supplies, Computer, Misc | 275 | | 150.00 | |
| 463 | 13 | Blodgett Oven Over/Under | 275 | w/464 | | |
| 464 | 13 | Yale Pallet Jack | 275 | | 250.00 | |
| | | | | | | |
| 281 | 13 | Carts, Towels, Machine Part, Misc | 277 | | 80.00 | Ross Bano |
| | | | | | | 5805 Verano Ct |
| | | | | | | Bakersfield, Ca. 93308 |
| | | | | | | |
| 289 | 13 | 4-Stainless Steel Shelves | 284 | | 200.00 | Jose Gonzalez |
| | | | | | | 9421 Max Dr |
| | | | | | | Bakersfield, Ca. 93312 |
| | | | | | | |
| 276 | 13 | Trembor Gauge Upright | 290 | | 40.00 | Rick Evett |
| 279 | 13 | Ameripak Tray Sealor Conveyor | 290 | | 100.00 | P.O. Box 10544 |
| 282 | 13 | Ratrotiol/Boston Gear Food Conveyor | 290 | | 225.00 | Bakersfield, Ca. 93389 |
| 445 | 13 | Tub Mixer | 290 | | 35.00 | |
| 507 | 13 | SS Steel Double Sink | 290 | | 50.00 | |
| 523 | 13 | Stainless Steel Table | 290 | | 40.00 | |
| 530 | 13 | Stainless Steel Triple Sink | 290 | | 25.00 | |
| | | | | | | |
| 277 | 13 | Kiss/Seal Packing Machine | 299 | | 100.00 | Thomas Nichols |
| 286 | 13 | RS 81 Machine | 299 | w/287 | | 123661 Ave 96 |
| 287 | 13 | Saima Packing Machine | 299 | | 50.00 | Terra Bella, Ca. 93270 |
| 326 | 13 | Boxes Plastic Rolls, Tank | 299 | | 10.00 | |
| 467 | 13 | Scales, Chair, Hose, Roller, Plastic Tray Misc | 299 | | 100.00 | |
| 296 | 13 | Green Metal Shelf | 312 | | 125.00 | |
| | | | | | | |
| 271 | 13 | 5 File Cabinets & Misc | 317 | | 225.00 | Mitch Elliott |
| | | | | | | 5260 Rosedale Hwy |
| | | | | | | Bakersfield, Ca. 93308 |
| | | | | | | |
| 292 | 13 | ItalPast Pasta Machine | 318 | w/293 | | Mayo Shidawa |
| 293 | 13 | Pasta Slicer | 318 | | 125.00 | 2225 Chester Ln |
| 294 | 13 | Butcher Boy Slicer | 318 | | 100.00 | Bakersfield, Ca.93304 |
| | | | | | | |
| 25 | 13 | Hoist, Time Clock, Toaster, Coffee Pot | 322 | w/26 | | Donita Adams |
| 26 | 13 | 2-Pallets Rolling Carts, Security TV & Monitor, Bins, Dolly | 322 | w/27 | | 7412 Olive Dr |
| 27 | 13 | 2 Pallets Bread Bins, Chairs | 322 | | 20.00 | Bakersfield, Ca. 93308 |
| | | | | | | |
| 274 | 13 | Plastic, Containers & Misc | 341 | | 10.00 | Rodrigo Mantas |
| | | | | | | 3704 Valley Vista |
| | | | | | | Bakersfield, Ca. 93309 |
| | | | | | | |
| 288 | 13 | Dollies, Wood Cabinet & Misc | 348 | | 20.00 | Cindy Zuniga |
| 290 | 13 | 2-Stainless Steel Shelves | 348 | | 100.00 | 7906 W 23rd Apt 2 |
| 298 | 13 | Stainless Steel Refrigerator | 381 | | 20.00 | Los Angeles, Ca 90018 |
| | | | | | | |
| 278 | 13 | 3 Rolling Carts | 385 | | 60.00 | Bill Standridge |
| | | | | | | 19434 Endes St |
| | | | | | | Bakersfield, Ca. 93308 |
| | | | | | | |
| 24 | 13 | 3-Pallets Boxes, Cooking Oil, Steps, Desk | Pass | | 0.00 | |
| 470 | 13 | Pallet Plastic Trays | Pass | | | |
| 494 | 13 | Pallet Plastic Trays | Pass | | | |
| | | | | | 16520.00 | |

# Gould Auction
## & Appraisal Company

30602 Imperial Street • Shafter, CA 93263
Office/Fax (661) 746-0966 • Mobile (661) 333-3040



8/5/2014
Jeffrey M. Vetter
Chapter 7 Trustee
P.O. Box 2424
Bakersfield, California   993303

Attn:  Jeffrey M. Vetter

Thank you for allowing Gould Auction & Appraisal to sell the assets from the Estate of St. Pierre, Lance and Janice Case # 14-11478-A-7. Please see the following: Gross sale amount, commissions and expenses due Gould Auction for this sale.

| | |
|---|---|
| Total Gross Amount | $16,520.00 |
| Commission | $2,478.00 |
| Approved Pick-up to yard | $500.00 |
| Approves expenses:  Floyd's, Kern County Waste Dept., Battery & Labor | $218.29 |

If you have any questions per the above, due not hesitate to call.
Sincerely

Jerry A. Gould

*Member American Society Farm Equipment Appraisers*

*Noodle Factory*

# T&L Battery Co.

**"You'll get a charge out of us!!"**

44688

REMITTANCE ADDRESS

4021 Fruitvale Ave., Bakersfield, CA 93308
(661) 589-2995

SOLD TO: Gould Auction

SHIP TO:

| DELIVERY DATE | SALESMAN | TERMS | C.O.D. | P.O. NO. |
|---|---|---|---|---|
| 7/21/14 | | Net 30 days | | |

| Q ORDERED | Q SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 1 | 24-650 12V Battery | | 92.00 |
| | | picked up by Jerry G. | | |

| | | |
|---|---|---|
| TOTAL | $ | 92.00 |
| SALES TAX | $ | Resale |
| TOTAL LABOR | $ | |
| TOTAL | $ | 92.00 |

**PLEASE PAY FROM INVOICE**

AMOUNT PAST DUE WILL INCUR A
ONE AND ONE HALF (1 1/2%) PER MONTH

WHITE - ACCOUNTING    YELLOW - CUSTOMER

```
        KERN COUNTY WASTE MANAGEMENT DEPT.
           Shafter/Wasco Landfill
           2700 M Street, Suite 500
            Bakersfield, CA 93301
              (661)862-8900
                R E C E I P T
    ----------------------------------------
     DATE:07/17/14   TICKET #:90899697
     TIME IN:09:49      OP ID IN:MDB
     TIME OUT:10:13     OP ID OUT:MDB

    CUSTOMER:NON-RESIDENTIAL CUSTOMER
      TRUCK:269
      ORIGIN:90 - SHA - Shafter
      GROSS: 13220 LBS      SCALE:1
      TARE:  11860 LBS      SCALE:1
    ----------------------------------------
    MATERIAL:360 - MUNI - Municipal Waste
    SPECIAL :1 - TIRH - Heavy Tires
    PAYMENT:5 - Credit
           072375
    NET LBS:  1360 LBS     FEE:     30.60
                       SPECIAL FEE:  10.00
                         TOTAL FEE: $40.60
                        DEPOSIT AMT:  0.00
                        AMT TENDERED: 40.60
                           CHANGE:    0.00
    ----------------------------------------
    DRIVER SIGNATURE
    tire

    Comments or Questions? Ask the Gate
    Attendant for a Comment Card or visit:

    www.co.kern.ca.us/wmd/OnlineComments.html
```



**FLOYD'S GENERAL STORES**
555 WALKER ST.
SHAFTER CA, 93263

PHONE: (661) 746-6868

THANK YOU FOR SHOPPING AT FLOYD'S  REMIT
TO: PO BOX 2940 BAKERSFIELD, CA 93303

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| 28870 | | | | NET 10TH | IRMA | 4/16/14 | 4:10 |

**Sold To:**
HITCHCOCK FEED & TACK
30602 IMPERIAL STREET

SHAFTER     CA 93263

**Ship To:**

DOC# 470166/4
TERM#400        *************
                * INVOICE *
SLSPR:    HO HOUSE ACCOUNT    *************
TAX  :    CK  SALES/TAX & NON-TAX K

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | | EA | 32782 | BATTRY ALKLN DURA D CD2 | | 2 | 5.99 /EA | 11.98 |
| 2 | 1 | | EA | 3021441 | FLASHLIGHT MAG 3D RED | | 1 | 19.99 /EA | 19.99 |

*[handwritten notes: "JEFF VETTER SHAFTER CASE" and signature]*

                    ** AMOUNT CHARGED TO STORE ACCOUNT **        34.37   TAXABLE        31.97
                                                                         NON-TAXABLE     0.00
                            (JERRY GOULD    )                            SUBTOTAL       31.97

                                                                         TAX AMOUNT      2.40
                                                                         TOTAL AMOUNT   34.37





X_____
                          Received By



**FLOYD'S GENERAL STORES**
**555 WALKER ST.**
**SHAFTER CA, 93263**

**PHONE: (661) 746-6868**

THANK YOU FOR SHOPPING AT FLOYD'S REMIT
TO: PO BOX 2940 BAKERSFIELD, CA 93303

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| 28870 | | | | NET 10TH | IRMA | 4/16/14 | 4:59 |

**Sold To:**
HITCHCOCK FEED & TACK
30602 IMPERIAL STREET

SHAFTER     CA 93263

**Ship To:**

DOC# 470168/4
TERM#400    *************
          * INVOICE *
SLSPR:    HO HOUSE ACCOUNT    *************
TAX :    CK SALES/TAX & NON-TAX K

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | 2004075 | PLIER LONG NOSE 8 ACE | | 1 | 14.99 /EA | 14.99 |
| 2 | 1 | | EA | 2004133 | PLIER SLIP JOINT 6 ACE | | 1 | 9.49 /EA | 9.49 |

       ** AMOUNT CHARGED TO STORE ACCOUNT **    26.32   TAXABLE     24.48
                                                                              NON-TAXABLE    0.00
              (JERRY GOULD       )                            SUBTOTAL     24.48

                                                                                    TAX AMOUNT     1.84
                                                                                   TOTAL AMOUNT   26.32

X_____
                Received By

